IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DONALD L. HARRISON,**

    **Plaintiff,**

**v.**                                                                Case No. 5:22-cv-162-AW-MJF

**INTERNAL REVENUE SERVICE and
UNITED STATES OF AMERICA GOV,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's February 13, 2023 report and recommendation. ECF No. 16. There has been no objection.

The report and recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on April 6, 2023.

                                                                                  s/ *Allen Winsor*
                                                                                  United States District Judge